911 A.2d 479

IN THE MATTER OF RUSSELL T. KIVLER,
AN ATTORNEY AT LAW.

December 7, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB–06–187, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **RUSSELL T. KIVLER** of **MERCERVILLE**, who was admitted to the bar of this State in 1973, should be reprimanded for violating *RPC* 1.16(d)(failure to return retainer after termination of representation) and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **RUSSELL T. KIVLER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.